JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOAN A. DEHAESELEER,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; and COUNTRYWIDE CREDIT SERVICES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>Defendants. | CASE NO. CV 08-1430 JFW (FMOx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: August 26, 2008

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-6157-3634 v1

CV 08-1430 JFW (FMOx)
(PROPOSED) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE